

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Danny Campbell,                                 * From the 266th District Court
of Erath County,
Trial Court No. 23CVDC-00234.

Vs. No. 11-23-00284-CV               * June 12, 2025

Hendershot Equipment Co., Inc.,      * Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Danny Campbell.